**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -1 2026

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

Dianna Grace Reuter _____, Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
_/ Yes ___ No

University of Colorado _____,

Delta County _____,

Montrose County _____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Dianna Grace Reuter, 724 N 4th Street, Montrose, Colorado 81401
_____
(Name and complete mailing address)

_____  _____  _____
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    University of Colorado, 1800 Grant Street, Denver, Colorado 80203
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2:    Delta County, 540 Columbia Street, Suite A, Delta, Colorado 81416
_____
(Name and complete mailing address)

(970) 874-2090
_____
(Telephone number and e-mail address if known)

Defendant 3:    Montrose County, 320 S 1st Street, Suite 400, Montrose, Colorado 81401
_____
(Name and complete mailing address)

(970) 252-4533
_____
(Telephone number and e-mail address if known)

Defendant 4:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

.✓   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Ute Indian Treaty, First, Fourth, Ninth, Tenth, Fourteenth

Amendments of the Constitution of the United States are at

issue in this case.

_____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado.

If Defendant 1 is an individual, Defendant 1 is a citizen of Colorado.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Action 7 27, May 2026

3 of 19

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: University of Colorado - Boulder, State of Colorado, between 1978 - 1984: Rights violated cited in C. and [Jurisdiction]

Supporting facts:    kid(citizen)napping, C.R.S. § 18-3-301.

1. Thanksgiving, 1974, Defendant forced Plaintiff to witness a hanging, Willy Villy, Williams Village Darley North, Dormitaory Room 1236;[2]

2. At The Fieldhouse near Folsom Field, Defendant pinched Plaintiff on the arse, Animal House Party, October 15, 1978;

3. Defendant forced Plaintiff to move from three not too kind roommates to another apartment, [C.R.S. § 18-3-301 violation,] Williams Village, Stearns West, November 23, 1979;

4. Defendant experimented on Plaintiff twice, November, December, 1978;

5. Defendant said ending World War Two November 11 at 11:00 AM cost the lives of 7000 soldiers, United States, Hellems Building, 1983;

6. Defendant said all Germans are Lutheran or Catholic, Hellems Building, 1983;

7. Defendant said Plaintiff's employment records are destroyed: Norlin Library - government documents,

[1] C.R.S. = Colorado Revised Statutes;   [2] Dates may be a Harmless Error. Action # 27, May, 2026

## D. STATEMENT OF CLAIMS

and microfiche shelving and filing and science and psychology book shelving; and, the theater costume shop - sewing, patterns; and, the catering service;

8. Defendant forced Plaintiff to eat at Alfred Packer Grill, University Memorial Center;

9. Defendant did not serve popcorn at the showing of M*A*S*H* or any other movies, Chemistry Building 134, et al, January, 1979;

10. Defendant showed an X-Rated movie featuring Linda Lovelace to underage children, Dwight Physics Building, 1978 - Defendant did not check IDs;

11. Defendant allowed alcohol served to underage children - Defendant did not check IDs;

12. Defendant did not issue whistles to male students in case of rape or other emergency;

13. Defendant did not have university ushers or patrolmen on duty on campus in case of a rape of a male or female student or other emergency - a whistle blown would not be heard - When a tree falls in the forest does anybody hear? Plaintiff did hear said lyrics walking from the University Rec Center while a man of time swam in the pool, fall, 1989;

14. Defendant did not have, does not have a Code of Honor and, or a Code of Conduct;

15. Defendant did not provide a diploma with Plaintiff's major;

16. Defendant placed Plaintiff on academic probation twice after Defendant forced Plaintiff to witness a hanging;

17. Defendant, against policy, did not admit Plaintiff to law

## D. STATEMENT OF CLAIMS

school twice, 2024, 2025;

18. Defendant admitted Plaintiff to mini law scool, 2024 – Plaintiff did not apply again to mini law school;

19. Defendant carved CU into the first Flat Iron, a prehistoric landmark after Plaintiff climbed the first Flat Iron, 1988;

20. Zero law school candidates are admitted over 50 years old against policy since 2001;

21. Defendnat closed down the Planetarium; and, removed the gold ball outdoors;

22. Defendant said Plaintiff was not domiciled in the State of Colorado, 2025.

D. STATEMENT OF CLAIMS

CLAIM TWO: Delta County School District 50, Delta County,

between 2020, August and 2022, April: Rights

Supporting facts:　　violated cited in C. Jurisdiction;

and, C.R.S. § 18-3-301 violation;
violation.
and, Freedom of Information Act

1. Defendant forced Plaintiff and all other employees and students to work inside and outside a school-filled with a condemned building mold and mildew and dangerous furniture across from Cedaridge Elementary - the building should have been demolished - when Plaintiff called the State of Colorado agency in charge of school buildings, the State of Colorado said the State of Colorado did not have authority over public school buildings and could not demolish the building;

2. After Plaintiff assigned the book To Kill a Mockingbird to students in the fourth through eighth grade, Defendant said Plaintiff would not be hired again, Vision Charter Academy;

3. Defendant then changed the terms of Plaintiff's contract after CO-Vid and demended Plaintiff change the structure and format of approved lessons, articulated for Plaintiff's class of fourth to eighth grade students;

4. Defendant demanded another Chautauqua from Plaintiff's students Veterans Day, 2021, Vision Charter Academy;

D. STATEMENT OF CLAIMS

5. Working for Vision Charter Academy offered wonderful coaching by Angela, the principal and teamwork and wonderful administrative assistance from Kimberly — but getting removed because Plaintiff ∧ taught the students how to read or improve their reading skills and math skills is not acceptable — bias and prejudice are not acceptable — a phase Defendant needs to work through — hopefully the opportunity to be honorable and accept responsibilty shall help Defendant;

6. Defendant again breached contract at Cedaredge Elementary, October, 2022 — Defendant contracted Plaintiff to be an interventionist for the school, then trimmed the duties to the second and third grade students;

7. Plaintiff routinely met with eleven different groups of students in reading, math, science and social studies each day;

8. Because Plaintiff's schedule was different than the teachers, Defendant said all the teachers very much did not like or could not maintain working relationships with Plaintiff;

9. The special education teachers removed several unqualified students ∧ from Plaintiff's groups to put the students into their special education classes — this was done without any parental knowledge or parental input at the time of transfers;

10. During Plaintiff's employment at Cedaredge Elementary, zero parents were in the classrooms — unknown cause;

11. Within the first week, Plaintiff's assigned work area — a kindergarten room — was searched and curriculum items seized

27, May, 2026

D. STATEMENT OF CLAIMS

by Defendant, September 13, 2021, without any kind greeting of good morning - all cabinets were flung open and items seized - items that could have been helpful for the groups Plaintiff worked for;

12. Plaintiff composed lessons for several groups using the district's reading, math, social studies and science book series available to Plaintiff - thankfully the district did not script all of Plaintiff's groups;

13. While reading the science and social studies student book series, Plaintiff came across a publisher's error - the female astronaut was referred to by her first name unlike the male astronauts referenced with their surnames and last names - Plaintiff wrote the publisher;

13. Plaintiff noticed a way to augment the scripted reading cards and Defendant did not much like Plaintiff's initiative - giraffe card - the g is soft before the i also not just the e like genre - Plaintiff said genre with a hard g when asking Katherine Ross of Butch Cassidy and the Sundance Kid Why do you like the western genre? Katherine Ross sincerely and genuinely said "I do not understand your question." Plaintiff said "What draws you to westerns?" because Plaintiff did not know how to pronounce genre only read genre—not talked it out. Katherine Ross said "....Westerns have a clear good and bad....," Cripple Creek Film Festival;

14. Between P11. and P 12. Defendant reassigned Plaintiff to another classroom, a second grade classroom, Room 207 - same as the room assigned to Joshua at the St. James Hotel, BIG movie;

Action / 27, May, 2026

D. STATEMENT OF CLAIMS

15. Plaintiff deocrated the room with wooden simple machines
_Jane, Jane Bond_
brought up from a trip with another interventionist to an un-
used portion of the school - a classroom used for storage, a
globe and a hula hoop made for Plaintoff by Angela, custodian at
Defendant Montrose County School District;

16. Plaintiff said corncob jokes and Defendant said Defendant is
_Principal Daniel_
in the weeds mainly for personal reasons;


17. Defendant falsely accused Plaintiff
_A special education student teacher who got a position at_
_Olathe Elementary School_
of not stopping for a school bus driving to school one morning
- Plaintiff did stop and the bus put on its righthand turn signal
just like in the movie Man of Steel whereby a town by the sea
augments Superman's waredrobe after a big ocean save - the bus
turned right and Defendant has a chance to too;

18. Plaintiff made a storyboard for writing based upon Walt
Disney's storyboard for Snow White and the Seven Dwarfs - a
movie with seven layers of cells hand-drawn....-inked....-painted
frame-by-frame - Defendant seized Plaintiff's writing storyboard,
_Plaintiff made the writing storyboard;_
April 11, 2022 - Plaintiff was not employed by Defendant when

19. Defendant got chicken shots - CO-Vid - the first week of
_volunteers_
April, 2022, approximately;

20. Defendant momentarily stopped at Room 207's door frame while
_Mr. Farmer_
Plaintiff taught  the students how to make and tske Cornell Notes,
March 27, 2002, thereabouts - one of two lessons Plaintiff taught
Defendant when interviewed - the other being what Superhero
would you like to be?;

## D. STATEMENT OF CLAIMS

21. Defendant did not allow Plaintiff to teach one afternoon because Defendant was hosting a crystal party;

22. The third grade students were required by Defendant to use a computer software program requiring students push the tab Cast a Spell to submit answers to lesson questions;

23. Plaintiff provided lessons plans based upon the song "Rock Around the Clock" - also on the soundtrack for Superman, The Movie and television program Happy Days - for a substitute teacher with a piece of bubble gum for the 12 o'clock hour :);

24. The next day Defendant [Mr. Farmer] called Plainitff on the phone demanding a Monday morning meeting - Plaintiff noticed Defendants routinely spoil weekends with Friday or Saturday phonecalls demanding Monday morning meetings;

25. Plaintiff taught a third grade student how to play chess;

26. Two Cedaredge students were foster children in need of adoption - Plaintiff requested to adopt the two students;

27. Plaintiff respectfully requested an-unknown-to-Plaintiff-man on the school playground wear a safety vest - required attire while on playground duty - after the man said he was on duty;

28. Defendant [Principal Daniel] demanded Plaintiff leave one second grade classroom and enter Plaintiff's 207 classroom during morning announcements - Plaintiff was assigned to be in the other classroom during morning announcements;

29. After Defendant entered Room 207, Defendant yelled and yelled and yelled at Plaintiff - Plaintiff did not request

Action / 27, May, 2026

11 of 19

## D. STATEMENT OF CLAIMS

P11.

Defendant's assistance when Plaintiff respectfully requested a substitute teacher - according to Defendant's policy, Plaintiff followed protocol;

30. Monday morning's meeting with Defendant - Mr. Farmer, human resources director - Defendant after getting shots - tangent- Ender's Game movie forebodes the CO-Vid epidemic using a hypodemic needle spacecraft - Plaintiff thinks the critters there gave not took water - no evidence seems to support destroying nature - end of this tangent - needleless-to-say - Plaintiff was not allowed to adopt the two Cedaredge children, Plaintiff had changed, no mention was made of the set out lesson plans for a substitute P23. to Rock Around the Clock, . . . no word was sent from the P13 publisher, P27. man-on-playground did not have to wear a safety vest, Principal Daniel Defendant played basketball in high school and while the superintendant was in the same conference room, Mr. Farmer Defendant demanded Plaintiff meet Defendant at Room 207 later in the week; The meeting . . .

31. At Room 207, Plaintiff was kidnapped by Defendant, Principal Daniel and Mr. Farmer Plaintiff's property was searched, Plaintiff's writing storyboard was seized, Plaintiff forced out from Room 207 and into a parked car, C.R.S. § 18-3-301 violation, April 11, 2022;

32. Defendant will not provide Plaintiff's employment records, ongoing, violation of Freedom of Information Act, Mr. Farmer.

D. STATEMENT OF CLAIMS

CLAIM THREE: Montrose County School District RE-1J,

Montrose County — between September, 2003 and

February, 2015: Rights violated cited in

C. Jurisdiction; and, C.R.S. § 18-3-301 —

kid(citizen)napping.

Supporting facts:

1. One day, while Plaintiff worked in Mrs. Cassidy's former room, Cottonwood Elementary, Defendant kid(citizen)napped Plaintiff;

2. During this time, two fire alarms went off;

3. Defendant did not call first responders. Earlier . . .

4. The summer of Plaintiff's first year teaching for Defendant, Plaintiff edited a collection of students' work — With Wings as Eagles, summer 2003;

5. Defendant transferred Plaintiff from the Trailer to an indoor classroom — inside Cottonwood Elementary — Plaintiff's second year teaching;

6. Defendant said John Arndt committed suicide, principal;

7. Arndt hired Plaintiff before Defendant offered Plaintiff a contract — not part of the agreement — Plaintiff worked for Defendant seven to 11 days before Defendant offered Plaintiff a contract, Don Mace, September 11, 2003;

8. Defendant hired Plaintiff over the phone — Plaintiff attended the Teacher Program at University of Colorado — Colorado Springs, Curriculum and Instruction, M.A., May, 2003 — Plaintiff lived with her mom on Berkshire Lane, Colorado Springs, Colorado and took the call from Arndt in her

Action № 27, May, 2026

## D. STATEMENT OF CLAIMS

mom's kitchen, remodeled – cost over USD 10,000;

9. Defendant reports students test scores to the Department of Education, Colorado;

10. Because of the students test scores and Plaintiff's teaching methodolgy, Plaintiff became an accomplished teacher, Department of Education, Colorado;

11. Defendant said Plaintiff's students could not use the bathroom when inside the Trailer designated for computer reading and math enrichment and online reading and math tests, Sandy Steele, principal;

12. Reading and math skills are the two basic reports collected by the Department of Education according to Defendant;

13. Two teachers prohibited Plaintiff's students from entering the designated bus for a Ridgway State Park first grade fieldtrip – Plaintiff requested Defendant and their classes exit the bus and board their designated bus to prevent one of Plaintiff's students from physical harm, Sharon Sawyer, Nancy White;

14. Because Defendant did not exit, Plaintiff sat with the student to and fro Ridgway State Park to prevent harm – all other students were placed at risk because Defendant would not exit the bus designated for Plaintiff, the parent monitors, and Plaintiff's students;

15. After the fieldtrip, Defendant would not work with Plaintiff nor her students, Mrs. G. and Henrietta Horvath;

16. Defendant went off-campus and searched Plaintiff's kitchen

## D. STATEMENT OF CLAIMS

cabinets and deck of playing cards, Claire Busby;

17. Defendant went off-campus and touched Plaintiff's left cheek with Defendant's right index finger, Barrett Beshoar - Plaintiff was dating Defendant's brother, the brother was not there - Barrett's wife was there;

18. Defendant demanded a meeting off-campus and sent Plaintiff to the wrong meeting place - Nancy White's house, Jessica Dahl, Sharon Sawyer, Sandy Steele, Nancy White;

19. Plaintiff missed the P18. meeting;

20. March, 2003, Defendant stole a book from Plaintiff's library, Kristy Drye; Faithful Elephants by Yukio Tsuchia

21. Plaintiff was offered service at Diamond G - vehicle repair - over the phone, Kristy Drye;

22. Upon arrival at Diamond G, Plaintiff was told Diamond G would not service Plaintiff's vehicle - Plaintiff at times drives Plaintiff's mom's vehicle but pays her mom seven USDs to cover the cost of insurance each month, Kristy Drye;

23. Said Defendants were hired under yearlong contracts with the expectation of maintaining protocol.

24. Defendant removed Plaintiff's block calendar from her Trailer classroom, sometime in April, 2004.

**E.     REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."* The trier of facts at the jury trial is requested to: 1. Direct the University of Colorado to instill a Code of Honor and a Code of Conduct the same or similar to the Major League of Baseball; 2. Ushers are to monitor on-campus conduct, occurrances or transactions; 3. Whistles are to be distributed to all students, workers, professors, et al.; 4. Alfred Packer Grill is to be renamed or replaced with organic food; 5. Professor lesson plans are to be reviewed by the Dean; 6. Employment records are to be provided upon the end of each semester; 7. Credits are to be transferred to CU-Colorado Springs; 8. CU-Boulder is to reimburse Plaintiff

**F.     PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.



_____
(Plaintiff's signature)

_____
(Date)

(Revised February 2022)

## E. REQUEST FOR RELIEF

the USD costs of attending Defendant; or, a just and proper USD amount to be determined at trial; 9. Defendant is to publish ratios or percentages of admitted students based upon Defendant's published admittance policy – all ages, all people considered with test scores and grade point average the two determining factors – US News and World Report and, or Defendant's website; 10. Defendant is to fill in the gap with a mosaic back and forth, up and down the first Flat Iron with tasteful sandstone pieces; END CLAIM ONE;

11. Defendant Delta County or Delta County School District 50 is respectfully requested to demolish any existed moldy and mildew-ridden building, the furniture is to be disassembled and recycled at Recla Metals or affiliated facility; 12. All persons attending, employed, visiting veterans, et al. are to be notified under Federal Rules of Civil Procedure Rule 5 of pending health circumstances that may arise due to exposure at that condemned school building across from Cedaredge Elementary should that building still exist; 13. Defendant is to publish similar findings as previously stated, E. Request for Relief, P9.; 14. Defendant is to be monitored by the Colorado Department of Education – All students transferred beyond the band-width of grade level CORE content standards must have parental permission and three data points of reference to align with the shift among teachers, classes, environments, et al.; 15. Defendant is to be compliant with training from professionals skilled in communication among workers

Action # 27, May, 2026

E. REQUEST FOR RELIEF

and knowledgable of the necessary positions with differing schedules to meet the needs and expectations of students, et al; 16. Defendant may make a copy of Plaintiff's writing storyboard, but Defendant must return Plaintiff's writing storyboard; 17. Defendant is to remove all software unrelated to CORE standards; 18. Defendant is to provide a list of all software and hardware used for students8 education to the Colorado Department of Education on a weekly or monthly basis; 19. Parents or Guardians are to be similarly notified, E. Request for Relief, P18.; 20. Defendant is to follow the State of Colorado Department of Education standards, including standards set for recess and after-school duty; 21. Defendant is to post all meetings with teachers with the Department of Education, Colorado; 22. Defendant is to allow a witness for any meeting with a teacher, et al. to circumvent yelling or other conduct, occurrences or transactions unbecoming to an individual or group of individuals; 23. Defendant is requested to provide Plaintiff's employment records to Plaintiff and the State of Colorado Department of Education; 24. Defendant is requested to provide Plaintiff with salary and benefits from 2022 forward at the salary scale used by Defendant CLAIM THREE; or, a just and proper USD amount determined by the trier of facts, a jury of Plaintiff's peers; END CLAIM TWO;

25. Nancy White and Sharon Sawyer are respectfully requested to be relieved from teaching by Defendant; 26. Defendant may consider hiring only single or widowed teachers to balance the froth of

Action / 18, May, 2026

E. REQUEST FOR RELIEF

flavors, to increase achievement, and to provide the single or widowed men with brides, and limit the amount of married teacher absences - to provide the students with an improved upon education and fun for all, The Virginian movie, or Seven Brides for Seven Brothers, Here Comes the Brides, or Back in the High Life, Steve Winwood's song, or Waiting for Superman movie or The Ron Clark Story or Knights of the South Bronx; 27. Defendant is to publish similarly to E. Request for Relief P9.; 28. Defendant is to responsibly achieve E. Request for Relief P1., P14., P15., P17., P18., P19., P21., P22.; 29. Defendant is requested to rehire Plaintiff with backpay from 2015 forward in conjunction with Defendant CLAIM TWO and benefits from 2022 - Defendant may respectfully consider adopting the Seven Generations Model - Plaintiff would like to continue to teach while attending law school at night; or a just and proper relief to be determined by the trier of facts; 30. Defendant is respectfully requested to give back Plaintiff's Faithful Elephants, and block calendar.

Defendants conduct, transactions or occurrences caused Plaintiff to incur financial, punitive, emotional damages - Plaintiff considers Defendants' participation in this farse to have caused more monetary damages than requested, estamite of request - USD 700,000.00; or, the relief determined by a jury.

A jury trial is respectfully requested.

_____    Action 29, May, 2026